AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Julius Wayne Baker )<br>*Petitioner* )<br>v. )<br>Bryan K. Dobbs )<br>*Respondent* ) | Civil Action No.　9:20-cv-03383-HMH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Petitioner, Julius Wayne Baker, shall take nothing of Respondent, Bryan K. Dobbs, as to the petition filed pursuant to 28 U.S.C. § 2241 and the petition is dismissed without prejudice. A certificate of appealability is denied.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Henry M Herlong, Jr, United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Molly H. Cherry, United States Magistrate Judge.

Date:　April 14, 2021　　　　　　　　　　　　　　　　ROBIN L. BLUME, CLERK OF COURT

　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/C. Pegram-Conner
　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*