AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Julius Wayne Baker | ) |
|---|---|
| *Petitioner* | ) |
| v. | ) Civil Action No.  9:20-cv-03383-HMH |
| Bryan K. Dobbs | ) |
| *Respondent* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Petitioner, Julius Wayne Baker, shall take nothing of Respondent, Bryan K. Dobbs, as to the petition filed pursuant to 28 U.S.C. § 2241 and the petition is dismissed without prejudice. A certificate of appealability is denied.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Henry M Herlong, Jr, United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Molly H. Cherry, United States Magistrate Judge.

Date: June 10, 2021

*ROBIN L. BLUME, CLERK OF COURT*

s/C. Pegram-Conner

*Signature of Clerk or Deputy Clerk*